Jeffrey L. Bornstein - SBN 99358
jeff.bornstein@klgates.com
Claudia A. Quiroz – SBN 254419
claudia.quiroz@klgates.com
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

Attorneys for Defendant VITO SCHERMA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                   Plaintiff,<br><br>          v.<br><br>ANDREW CHOJECKI, AARON GOLDSMITH, BEATA SZKOP, PAWEL KAROLAK, VITO SCHERMA, HECTOR VARGAS, and MALGORZATA ZUK,<br><br>                                   Defendants. | Case No. CR 12-855 WHA<br><br>**[PROPOSED] ORDER RE CONTINUED STATUS AND TEMPORARY RELEASE OF DEFENDANT VITO SCHERMA** |

| | |
|---|---|
| 1 | Defendant Vito Scherma appeared in Court today before Magistrate Judge Nathanael M. |
| 2 | Cousins for status as to bail or detention. The government and defense counsel both agreed that |
| 3 | temporary release conditions could be set to adequately ensure that Mr. Scherma is not a flight risk. |
| 4 | Consistent with the reasons stated in open court, the Court orders the following: |

5 ~~IT IS HEREBY ORDERED that the United States Marshal shall return Mr. Scherma to this~~
6 ~~Court for an appearance on March 29, 2013 at 9:30 a.m. The United States Marshal shall ensure that~~
7 ~~Mr. Scherma is "rolled up" so that he may be released directly from this Court tomorrow morning~~
8 ~~without having to return to the Glen E. Dyer Detention Facility, where he is currently being housed.~~
9 ~~At the direction of Pretrial Services, Mr. Scherma shall also be permitted to seek medical care and~~
10 ~~treatment to include necessary prescription medications. Mr. Scherma shall report to Pretrial~~
11 ~~Services immediately following his release from custody. Following Mr. Scherma's meeting with~~
12 ~~Pretrial Services, Mr. Scherma shall be permitted to meet with his attorneys at their offices.~~
13 ~~Mr. Scherma shall then report to the Halfway House at 111 Taylor Street, San Francisco, CA 94102,~~
14 ~~on or before 3:00 p.m. on March 29, 2013.~~

15   IT IS FURTHER ORDERED that Mr. Scherma shall be confined at the Halfway House in
16 accordance with the release conditions set by this Court. Mr. Scherma shall be permitted to meet
17 with his counsel at their offices on April 1, 2013 and to report to Pretrial Services as directed so long
18 as he is back at the Halfway House by 4:00 p.m. on April 1, 2013.

19   IT IS FURTHER ORDERED that Mr. Scherma shall appear in Court on April 2, 2013 at
20 9:30 a.m. before Magistrate Judge Jacqueline S. Corley for further status as to release conditions,
21 and at 2:00 p.m. for an initial appearance before Honorable William H. Alsup.

22   IT IS SO ORDERED.

Dated: 4/1/2013       By: _____
                         Magistrate Judge Nathanael M. Cousins

---

CR 12-855 WHA                      1
[PROPOSED] ORDER RE CONTINUED STATUS AND TEMPORARY RELEASE OF
DEFENDANT VITO SCHERMA

1 | Approved as to form.

UNITED STATES ATTORNEY'S OFFICE

Dated: March 28, 2013          By: /s/ Acadia L. Sense
                                   Acadia L. Senese
                                   Assistant United States Attorney

### ECF ATTESTATION

I, Jeffrey L. Bornstein, attest that concurrence in e-filing this **[PROPOSED] ORDER RE CONTINUED STATUS AND TEMPORARY RELEASE OF DEFENDANT VITO SCHERMA** has been obtained from signatory Acadia L. Senese, in compliance with General Order 45, X.B.

Dated: March 28, 2013          By: /s/ Jeffrey L. Bornstein
                                   Jeffrey L. Bornstein

SF-283772 v1

---

CR 12-855 WHA                                2
[PROPOSED] ORDER RE CONTINUED STATUS AND TEMPORARY RELEASE OF
DEFENDANT VITO SCHERMA