MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

HARTLEY M. K. WEST  (CABN 191609)
Assistant United States Attorney

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: hartley.west@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR 12-855 WHA |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [~~PROPOSED~~] ORDER EXCLUDING TIME FROM APRIL 2, 2013, THROUGH APRIL 17, 2013 |
| v. | ) | |
| VITO SCHERMA, | ) | |
| Defendant. | ) | |

      The defendant, VITO SCHERMA, represented by Jeffrey Bornstein, and the government, represented by Assistant United States Attorney Hartley West, initially appeared before the Court on April 2, 2013.  The parties and Court agreed to continue the matter to April 17, 2013, for status, and that the time between April 2 and 17, 2013, would be excluded for effective preparation of defense counsel.

      Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between April 2 and 17, 2013, would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time between April 2 and 17, 2013, from computation under the Speedy

ORDER EXCLUDING TIME
CR 12-855 WHA

Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY ORDERED that the time between April 2 and 17, 2013, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: April 3, 2013.

_____
HON. WILLIAM H. ALSUP
United States District Judge

Approved as to form:

DATED: April 2, 2013

/s/
_____
JEFFREY BORNSTEIN
K&L GATES LLP
Counsel for Defendant Vito Scherma

DATED: April 2, 2013    MELINDA HAAG

/s/
_____
HARTLEY M. K. WEST
Assistant U.S. Attorney

ORDER EXCLUDING TIME
CR 12-855 WHA                -2-