Jeffrey L. Bornstein - SBN 99358
jeff.bornstein@klgates.com
Claudia A. Quiroz – SBN 254419
claudia.quiroz@klgates.com
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California  94111
Telephone:   (415) 882-8200
Facsimile:    (415) 882-8220

Attorneys for Defendant VITO SCHERMA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>     v.<br><br>ANDREW CHOJECKI, AARON GOLDSMITH, BEATA SZKOP, PAWEL KAROLAK, VITO SCHERMA, HECTOR VARGAS, and MALGORZATA ZUK,<br><br>              Defendants. | Case No.  CR 12-855 WHA<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE HEARING OF DEFENDANT VITO SCHERMA; [PROPOSED] ORDER**<br><br>**Date:  April 17, 2013**<br>**Time:  2:00 p.m.**<br>**Judge:  Hon. William H. Alsup** |

SF284506

Defendant Vito Scherma is scheduled to appear before this Court on April 17, 2013, at 2:00 p.m., for an initial status conference. The parties have conferred and agree to jointly request that the Court continue the date of the status conference hearing to April 23, 2013 at 2:00 p.m. The reason for this request is that counsel for Mr. Scherma has a scheduling conflict on that day. In addition, Mr. Scherma and his counsel are still in the process of reviewing discovery. Further, the parties are in the process of discussing a potential resolution of this matter and will be in a better position to provide a status update to the Court by April 23, 2013.

It is further stipulated that the time between April 17, 2013 and April 23, 2013 should be excluded from computation under the Speedy Trial Act based on effective preparation of counsel pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO STIPULATED.

K&L GATES LLP

Dated: April 11, 2013          By:   */s/ Jeffrey L. Bornstein*
                                     Jeffrey L. Bornstein
                                     Claudia A. Quiroz
                                     Attorneys for Defendant Vito Scherma

UNITED STATES ATTORNEY'S OFFICE

Dated: April 11, 2013          By:   */s/ Hartley West*
                                     Hartley West
                                     Assistant United States Attorney

**ECF ATTESTATION**

I, Jeffrey L. Bornstein, attest that concurrence in e-filing this **STIPULATION TO CONTINUE STATUS CONFERENCE HEARING OF DEFENDANT VITO SCHERMA; [PROPOSED] ORDER** has been obtained from signatory Hartley West, in compliance with General Order 45, X.B.

Dated: April 11, 2013          By:   */s/ Jeffrey L. Bornstein*
                                     Jeffrey L. Bornstein

1 **[PROPOSED] ORDER**

2    IT IS HEREBY ORDERED that the status conference hearing for Defendant Vito Scherma

3 shall be continued to April 23, 2013 at 2:00 p.m.  It is further ordered that the time between April 17,

4 2013 and April 23, 2013 shall be excluded from computation under the Speedy Trial Act due to

5 effective preparation of counsel. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

6    IT IS SO ORDERED.

9 Dated:  April 11, 2013.                By:  _____
10                                              Honorable William H. Alsup
                                              United States District Judge

CR 12-855 WHA                                2
STIPULATION TO CONTINUE STATUS CONFERENCE HEARING OF DEFENDANT VITO
SCHERMA; [PROPOSED] ORDER