| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | HARTLEY M. K. WEST (CABN 191609)<br>Assistant United States Attorney |
| 5 |    450 Golden Gate Ave., Box 36055<br>   San Francisco, California 94102 |
| 6 |    Telephone:  (415) 436-7200<br>   Fax: (415) 436-7234 |
| 7 |    E-Mail: hartley.west@usdoj.gov |
| 8 | Attorneys for the United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 12-855 WHA |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME FROM |
| v. | ) ) | APRIL 23, 2013, THROUGH JULY 29, 2013 |
| VITO SCHERMA, | ) ) | |
| Defendant. | ) ) | |

The defendant, VITO SCHERMA, represented by Jeffrey Bornstein, and the government, represented by Assistant United States Attorney Hartley West, appeared before the Court for status on April 23, 2013. The Court scheduled the trial for July 29, 2013; the pretrial conference for July 22, 2013; the motions hearing for June 11, 2013; and motion filing deadline for May 14, 2013. The defense agreed to exclude time under the Speedy Trial Act between April 23 and July 29, 2013, for effective preparation of defense counsel. The government and the Court concurred.

Based upon the representation of counsel and for good cause shown, the Court finds that failing to exclude the time between April 23 and July 29, 2013, would unreasonably deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends

ORDER EXLUDING TIME
CR 12-855 WHA

1  of justice served by excluding the time between April 23 and July 29, 2013, from computation
2  under the Speedy Trial Act outweigh the best interests of the public and the defendant in a
3  speedy trial.
4        Therefore, IT IS HEREBY ORDERED that the time between April 23 and July 29, 2013,
5  shall be excluded from computation under the Speedy Trial Act.  18 U.S.C. § 3161(h)(7)(A) and
6  (B)(iv).

7
8  DATED: _____May 1, 2013_____     _____
9                                                                  HON. WILLIAM ALSUP
                                                                    United States District Judge
10
11  Approved as to form:
12
                                                                    /s/
13  DATED: April 24, 2013          _____
14                                                                  JEFFREY BORNSTEIN
                                                                    K&L GATES LLP
15                                                                  Counsel for Defendant Vito Scherma
16
17  DATED: April 24, 2013          MELINDA HAAG
18                                                                  /s/
                                                                    _____
19                                                                  HARTLEY M. K. WEST
                                                                    Assistant U.S. Attorney
20

ORDER EXLUDING TIME
CR 12-855 WHA                                -2-