1  Jeffrey L. Bornstein - SBN 99358
   jeff.bornstein@klgates.com
2  Claudia A. Quiroz – SBN 254419
   claudia.quiroz@klgates.com
3  K&L GATES LLP
   4 Embarcadero Center, Suite 1200
4  San Francisco, California  94111
   Telephone:   (415) 882-8200
5  Facsimile:   (415) 882-8220

6  Attorneys for Defendant VITO SCHERMA

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10

11 | UNITED STATES OF AMERICA,          | Case No.  CR 12-855 WHA
12 |                          Plaintiff,| **STIPULATION CONTINUING CHANGE
13 |        v.                          | OF PLEA HEARING REGARDING
                                        | DEFENDANT VITO SCHERMA;
14 | ANDREW CHOJECKI, AARON             | [PROPOSED] ORDER**
   | GOLDSMITH, BEATA SZKOP, PAWEL      |
15 | KAROLAK, VITO SCHERMA, HECTOR      | Date:    May 14, 2013
   | VARGAS, and MALGORZATA ZUK,        | Time:    2:00 p.m.
16 |                                    | Judge:   Hon. William H. Alsup
   |                         Defendants.|
17

18

19

20

21

22

23

24

25

26 SF286541

27

28
   CR 12-855 WHA
        STIPULATION CONTINUING CHANGE OF PLEA HEARING RE VITO SCHERMA;
                           [PROPOSED] ORDER

On May 7, 2013, the Court set Defendant Vito Scherma's change of plea hearing for May 14, 2013 at 2:00 p.m.

On May 10, 2013, Mr. Scherma secured employment at a local department store. As part of his employment, Mr. Scherma is required to attend a mandatory training on May 14, 2013 from 9:00 a.m. to 5:00 p.m., thereby conflicting with the Court's previously scheduled change of plea hearing. Accordingly, the parties hereby stipulate to continuing the date of Mr. Scherma's change of plea hearing to May 21, 2013.

IT IS SO STIPULATED.

K&L GATES LLP

Dated: May 13, 2013        By:   */s/ Jeffrey L. Bornstein*
                                 Jeffrey L. Bornstein
                                 Claudia A. Quiroz
                                 Attorneys for Defendant Vito Scherma

UNITED STATES ATTORNEY'S OFFICE

Dated: May 13, 2013        By:   */s/ Hartley West*
                                 Hartley West
                                 Assistant United States Attorney

**ECF ATTESTATION**

I, Jeffrey L. Bornstein, attest that concurrence in e-filing this **STIPULATION CONTINUING CHANGE OF PLEA HEARING REGARDING DEFENDANT VITO SCHERMA; [PROPOSED] ORDER** has been obtained from signatory Hartley West, in compliance with General Order 45, X.B.

Dated: May 13, 2013        By:   */s/ Jeffrey L. Bornstein*
                                 Jeffrey L. Bornstein

\\
\\
\\
\\

CR 12-855 WHA                                1
STIPULATION CONTINUING CHANGE OF PLEA HEARING RE VITO SCHERMA;
[PROPOSED] ORDER

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: May 13, 2013.         By: _____
                                  Honorable William H. Alsup
                                  United States District Court Judge