Jeffrey L. Bornstein - SBN 99358
jeff.bornstein@klgates.com
Peter E. Soskin (SBN 280347)
peter.soskin@klgates.com
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California  94111
Telephone:   (415) 882-8200
Facsimile:    (415) 882-8220

Attorneys for Defendant VITO SCHERMA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                        Plaintiff,<br><br>         v.<br><br>VITO SCHERMA,<br><br>                                        Defendant. | Case No.  CR 12-855 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE**<br><br>**Date:       March 24, 2015**<br>**Time:      2:00 pm**<br>**Judge:     Hon. William Alsup** |

1    Defendant Vito Scherma ("Mr. Scherma"), by and through his counsel of record, and

2 Assistant United States Attorney Hartley West, hereby stipulate and request that the Status

3 Conference currently set for February 24, 2015, at 2:00 p.m., be continued to March 24, 2015, at

4 2:00 p.m., or as soon thereafter as possible.

5    Mr. Scherma requests this continuance because his employer has scheduled him for a

6 business trip out of state that is expected to last approximately three weeks, including the date of the

7 hearing. The parties believe that Mr. Scherma's employment status plays a positive role in his

8 continued rehabilitation, and accordingly, they agree that it is best to postpone the Status Conference

9 so that he can adequately perform his job duties. When he returns, Mr. Scherma will be able to

10 provide the Court with an update of his current status.

11    The parties have conferred and hereby stipulate to continue the Status Conference to

12 March 24, 2015, at 2:00 p.m. Mr. Scherma's probation officer approved the business trip and has no

13 objection to the continuance of the Status Conference to March 24, 2015.

14    IT IS SO STIPULATED.

15                                        K&L GATES LLP

16

17 Dated: February 10, 2015          By:   /s/ Peter E. Soskin
                                          Jeffrey L. Bornstein
18                                         Peter E. Soskin
                                          Attorneys for Defendant Vito Scherma
19

20                                        UNITED STATES ATTORNEY'S OFFICE

21 Dated: February 10, 2015          By:   /s/ Hartley West
22                                         Hartley West
                                          Assistant United States Attorney
23

24

25

26

27

28

CR 12-855 WHA                              1
**STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE**

**ECF ATTESTATION**

I, Jeffrey L. Bornstein, attest that concurrence in e-filing this **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** from signatory Hartley West, in compliance with General Order 45, X.B.


Dated:  February 10, 2015                     By:   /s/ Peter E. Soskin
                                                           Peter E. Soskin




**[PROPOSED] ORDER**

FOR GOOD CAUSE SHOWN, the Status Conference currently scheduled for February 24, 2015, is continued to March 24, 2015, at 2:00 p.m.

IT IS SO ORDERED.


Dated:  February 10, 2015                     By:   _____
                                                           Honorable William Alsup
                                                           United States District Court Judge

CR 12-855 WHA                                    2
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE**