Jeffrey L. Bornstein - SBN 99358
jeff.bornstein@klgates.com
Peter E. Soskin (SBN 280347)
peter.soskin@klgates.com
K&L GATES LLP
4 Embarcadero Center, Suite 1200
San Francisco, California 94111
Telephone: (415) 882-8200
Facsimile: (415) 882-8220

Attorneys for Defendant VITO SCHERMA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                        Plaintiff,<br><br>    v.<br><br>VITO SCHERMA,<br><br>                        Defendant. | Case No. CR 12-855 WHA<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE**<br><br>**Date:** June 9, 2015<br>**Time:** 2:00 pm<br>**Judge:** Hon. William Alsup |

CR 12-855 WHA
    **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE**

Defendant Vito Scherma ("Mr. Scherma"), by and through his counsel of record, and Assistant United States Attorney Hartley West, hereby stipulate and request that the Status Conference currently set for March 24, 2015, at 2:00 p.m., be continued to June 9, 2015, at 2:00 p.m., or as soon thereafter as possible.

Mr. Scherma requests this continuance because he has been on a business trip out of state for the past several weeks. This business trip has lasted longer than expected and Mr. Scherma's employer has advised that his work duties will keep him out of state beyond the date of his status conference. The parties believe that Mr. Scherma's employment status plays a positive role in his continued rehabilitation, and accordingly, they agree that it is best to postpone the Status Conference so that he can adequately perform his job duties. When he returns, Mr. Scherma will be able to provide the Court with an update of his current status.

The parties have conferred and hereby stipulate to continue the Status Conference to June 9, 2015, at 2:00 p.m. Mr. Scherma's probation officer approved the business trip and has no objection to the continuance of the Status Conference to June 9, 2015.

IT IS SO STIPULATED.

K&L GATES LLP

Dated: March 20, 2015   By:   */s/ Jeffrey L. Bornstein*
Jeffrey L. Bornstein
Peter E. Soskin
Attorneys for Defendant Vito Scherma

UNITED STATES ATTORNEY'S OFFICE

Dated: March 20, 2015   By:   */s/ Hartley West*
Hartley West
Assistant United States Attorney

CR 12-855 WHA                              1
**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE**

**ECF ATTESTATION**

I, Jeffrey L. Bornstein, attest that concurrence in e-filing this **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** from signatory Hartley West, in compliance with General Order 45, X.B.

Dated: March 20, 2015			By:	*/s/ Jeffrey L. Bornstein*
						Jeffrey L. Bornstein

**[~~PROPOSED~~] ORDER**

FOR GOOD CAUSE SHOWN, the Status Conference currently scheduled for March 24, 2015, is continued to June 9, 2015, at 2:00 p.m.

IT IS SO ORDERED.

Dated: March 23, 2015.			By:	_____
						Honorable William Alsup
						United States District Court Judge